JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN ANTHONY ARNOLD,<br><br>          Petitioner,<br><br>  vs.<br><br>MIKE POULOS, WARDEN,<br><br>          Respondent. | CASE NO. CV 09-00623 MMM (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of EDWIN ANTHONY ARNOLD, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 19, 2010

*Margaret M. Morrow*
_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE